**Motion Granted, Appeal Reinstated, and Order filed August 16, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00521-CV
_____

### MICHAEL MCCANN, Appellant

### V.

### SPENCER PLANTATION INVESTMENTS, LTD., Appellee

**On Appeal from County Court at Law No. 1 & Probate Court
Brazoria County, Texas
Trial Court Cause No. CI52465**

## ORDER

This is an appeal from a judgment signed June 1, 2018. Appellant filed a notice of appeal on June 11, 2018. We sent notice to appellant on July 9, 2018, that the appellate filing fee was past due. In response to that notice, appellant filed a letter in this court on July 13, 2018, in which he disclosed that he had filed a petition for voluntary bankruptcy in the U.S. Bankruptcy Court of the Southern District of Texas on June 6, 2018—before he filed the notice of appeal. The bankruptcy case is No. 18-33152, *In re Michael Andrew McCann* (Bankr. S.D. Tex.).

A bankruptcy suspends the appeal from the date when the bankruptcy petition is filed, regardless of when the court of appeals learns about the bankruptcy. *Adeleye v. Driscal*, 488 S.W.3d 498, 499 (Tex. App.—Houston [14th Dist.] 2016, no pet.). Accordingly, on July 19, 2018, we issued an order abating the appeal due to appellant's petition for bankruptcy. The appeal remains suspended until the appellate court reinstates the appeal in accordance with federal law. Tex. R. App. P. 8.2.

On July 23, 2018, appellee filed a motion to reinstate the appeal. Attached to the motion is an order from the bankruptcy court sua sponte annulling the automatic stay retroactive to June 6, 2018. No. 18-33152, *In re McCann* (Bankr. S.D. Tex. July 19, 2018) (order). The motion has been pending for more than ten days, and no response has been received.

We **GRANT** the motion, **REINSTATE** the appeal, and **ORDER** as follows:

1. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. Tex. R. App. P. 5. Therefore, appellant must pay the filing fee of **$205.00** to the clerk of this court by **August 27, 2018**. Tex. R. App. P. 5. If appellant fails to timely pay the fee in accordance with this order, the appeal will be dismissed.

2. Appellant must provide proof to this court by **August 27, 2018** that he has paid or made arrangements to pay for the clerk's record. If appellant fails to make such a showing with respect to the clerk's record, this appeal will be dismissed. *See* Tex. R. App. P. 35.3(a)(2), 37.3(b).

3. Appellant must provide proof to this court by **August 27, 2018** that he has paid or made arrangements to pay for the reporter's record. If appellant fails to make such a showing with respect to the reporter's record, we may consider and decide those issues or points that do not require a reporter's record. *See* Tex. App. P. 35.3(b)(3), 37.3(c).

PER CURIAM